IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

CV-16-4437-PHX-JJT-BSB

Scott Allan Olsen

Vs.

The State of Arizona

Scott Olsen
4038 E McDowell Rd #253
Phoenix, AZ 85008
480-398-5019

## JURISDICTION

I am filing a lawsuit against the State of Arizona

## COMPLAINT

```
___ FILED     ___ LODGED
___ RECEIVED  ___ COPY

   DEC 19 2016

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ E  DEPUTY
```

    Miss Gloria Jean Restadius trespassed on my property on 11/02/2008 taking a set of 1960s football cards appraised at $25,000. Phoenix police report #200881882499. She was summoned to court 12/22/2008 but failed to appear. On the evening of 12/22/2008 Miss Restadius was brutally attacked by an unknown assailant and left for dead, Phoenix police report #200882164365. Able to speak on 01/12/2009, Miss Restadius made it clear that Scott Olsen had nothing to do with the attack and that he was home asleep at the time. On 02/17/2009 Miss Restadius stated in Phoenix Police Order of Protection #FN2009-000776 that I was the suspect involved with her attempted homicide on 12/22/2008. I was removed from my home while she moved in having no legal rights to my place of residence, a civil rights violation. On 02/23/2009 I have the Order dismissed placing one #CC2009120514 against her stating she is a drug addict and not welcome in my home. Later that day while sleeping, Officer Baldwin, badge #9154 of the Phoenix police department, trespasses on my property with Miss Restadius arresting me for simple assault as Miss Restadius again illegally resumes possession of my home.

    I am offered the choice of a court date 4 months in the future for a trial Miss Restadius will never show up for or pleading guilty to a misdemeanor that never occurred. After 16 days in jail, I am compelled to plead guilty due to the conditions of my confinement and the possibility of losing all my worldly possessions to a known criminal with a history of drug abuse, prostitution, theft and perjury. I was denied due process of law in violation of the action of 1986. I did not learn of Phoenix police report #200882164365 until 2011 and feel that evidence was withheld from me.

    On 11/16/2008 I violated Order of Protection CR2009-130955-001DT leaving a note on my ex wifes door wanting only to tell my family of my mothers failing health. Upon my return from Iowa after my mothers death, I was arrested on 02/01/2011 for aggravated assault due to the previous assault charge from Miss Restadius which was set

aside 04/05/2012. I plead guilty and was placed in medium security for 7 months with no possibility of early release. With my mothers passing I inherited all her belongings. My ex wife and I have reconciled, she lives across the street from the house that I lost due to 240 days of incarceration and told me she watched as Miss Restadius had a moving truck in my driveway to collect all my personal items and family heirlooms. My lawyer advised me to turn myself in for the probation violation before we file a lawsuit. I got out of prison 11/30/2012 receiving a felony, an absolute discharge on 03/20/2015 and am now seeking compensation for my losses.

## DEMAND

I want compensation for false arrest, false imprisonment, property loss, lost wages, defamation of character as well as pain and suffering. My house, all my possessions and 240 days of my life are gone and I am asking $5 million in damages.

## CLAIM FOR RELIEF

Scott Allan Olsen filed Phoenix police report #200881882499 against Gloria Jean Restadius on 11/02/2008 for the theft of of $25,000 worth of sports memorabilia. Miss Restadius was assaulted and hospitalized by an unknown assailant on 12/22/2008 and left for dead. In police report #200882164365 on 01/12/2009 she stated that Scott Olsen had nothing to do with this. Order of Protection #FN2009-000776 on 02/17/2009, Miss Restadius claims that Scott Olsen put her in the hospital for the same attempted homicide she just police I had nothing to do with. On 02/23/2009 I, Scott Olsen, have the order dismissed placing one #CC2009120514 against her to keep her off my property. That same day, Phoenix police escort Miss Restadius into my home as I sleep arresting me for a simple assault. My losses include a fiancé, 11 motorcycles (6 with titles) 2 pianos, serial numbers #39518, #214332 and irreplaceable family heirlooms. As a graduate of Motorcycle Mechanics Institute, my professional career has been irreparably damaged with the loss of my entire $50,000 tool collection, Miss Restadius committed perjury on 02/17/2009 falsifying Order of Protection #FN 2009-000776 to gain access to my home of which she has no legal rights. Phoenix police violated my civil rights removing me from my own home over the same #FN2009-000776 Order of Protection accusing me of attempted murder then arresting me for assault after I filed #CC2009120514 against Miss Restadius, a legitimate Order of Protection.

   My reputation and work history has been tarnished making it difficult to find steady work and forcing me to live in homeless shelters. My health has deteriorated and my current living conditions are less than acceptable. I still owe thousands of dollars on my school loan after spending one year of my life learning a trade I am now unable to pursue.

*Scott Olsen* (signature)