**STATE OF ARIZONA**
**DEPARTMENT OF CORRECTIONS**

## Certificate of Absolute Discharge

| Name  *(Last, First M.I.)* | ADC Number |
|---|---|
| OLSEN, SCOTT A. | 275868 |

*(✓ check one only)*

[✓] The Arizona Department of Corrections issues this Certificate of Absolute Discharge from the imposed sentence and judgement in compliance with the requirements of **Section 13-906 and 13-912** of the Arizona Revised Statute.  It is effective on the expiration date of this commitment.

This is to certify that you have complied with the terms of sentence and parole imposed by the State of Arizona.

[ ] The Arizona Department of Corrections issues this Absolute Discharge in compliance with the requirements of **Arizona Revised Statute 41-1604.07D**.  This Absolute Discharge will become effective upon release from confinement on the Earned Release Credit Date and shall allow the offender to begin the term of probation imposed by the court with the appropriate county probation department.

[ ] The Arizona Department of Corrections issues this Absolute Discharge in compliance with the requirements of **Arizona Revised Statute 41-1604.10D**.  This Absolute Discharge will become effective upon release from confinement on the Earned Release Credit Date and shall allow the offender to begin the term of probation imposed by the court with the appropriate county probation department.

Persons convicted of two or more felonies may make applications, no sooner than two years from the effective date of this discharge, for restoration of civil rights in accordance with Arizona Revised Statute 13-906. Pursuant to Arizona Revised Statute 13-912 the civil rights of persons not previously convicted of any other felony, other than the cause / case number below, shall be automatically restored providing that payment of any fine or restitution imposed has been completed. This does not apply to a person's right to possess weapons as defined in ARS 13-3101 unless they apply to a court pursuant to the procedures of section 13-906.  The Department is required to advise persons convicted of a criminal offense of the right to make application with the court pursuant to Arizona Revised Statute 13-907.

The Arizona Department of Corrections is pleased to issue this evidence of your Absolute Discharge.  We hope your conduct will be such that it will reflect credit to yourself and to society.

| Cause or Case Number |
|---|
| 2009130955001 |

| Sentence Begins Date |
|---|
| 02/25/2012 |

| Sentencing County |
|---|
| MARICOPA |

| Discharge Effective Date(s) |
|---|
| 11/30/2012 |

| Authorizing Signature | Date |
|---|---|
| *Judie Taylor* | 03/20/2015 |

Distribution:   Original - Inmate
                Copy - Master File

1002-21PF
12/20/01

** PUBLIC **        PHOENIX POLICE DEPARTMENT REPORT        ** RECORD **

ORIGINAL              PAGE NUMBER:   1       DR NUMBER: 2008 81882499

REPORT DATE: 20081102   TIME: 2323

TYPE OF REPORT:  INTERFERING WITH JUDICIAL PROCEEDINGS     OFFENSE: 502

PROSECUTION DESIRED: YES

LOCATION:        N CLARENDON AVENUE              BEAT: 0731  GRID: BG24

DATE/TIME OF OCCURRENCE:   SUN    110208   1624  /   SUN    110208   1630

REPORTING OFFICER[S]: CEDRIC TILLMAN              7596      UNIT: 73G

PREMISES: SINGLE FAMILY HOUSE                        OCCUPIED:

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

PHOTOGRAPHS TAKEN: NO     BY:

SCENE PROCESSED FOR LATENTS: NO       BY:

CALL PERSON: VICTIM 01

                    ****   SUSPECT INFORMATION   **PUBLIC RECORD
                                                  Released pursuant to
   SUSPECT-01:                                    A.R.S. 39-121 et seq.
                    NAME: RESTADIUS, GLORIA       To

      SPEAKING: UNKNOWN

      SUSPECTED OF USING: NOT APPLICABLE

      RACE: W SEX: F AGE: 43     DOB: 1965    HT: 511     WT: 150
      HAIR: BLN       EYES: BRO    SSN:
      OLN: B121              AZ          R&I:
      LEVEL OF FORCE : NOT DICTATED OR WRITTEN

                 **** VICTIM INFORMATION ****

   VICTIM -01:
                    NAME: OLSEN, SCOTT

      SPEAKING: UNKNOWN

      RACE: W  SEX: M  AGE: 49     DOB: 1959    HT: 604     WT: 180
      HAIR: BRO       EYES: GRN    SSN:

      VICTIM OF:
           FAMILY OFFENSES, NONVIOLENT - NOT APPLICABLE/UNKNOWN
      DR. LICENSE & STATE: D018 AZ
      CAN ID SUSPECT(S): YES                   SUSPECT(S):
      WILL TESTIFY: YES                        MISC.


   2008 81882499                                    Continued.

** PUBLIC **       PHOENIX POLICE DEPARTMENT REPORT        ** RECORD **

ORIGINAL            PAGE NUMBER:   2      DR NUMBER: 2008 81882499


VICTIM REQUESTS NOTIFICATION

**** WITNESS INFORMATION ****

WITNESS -01:
            NAME: GOSS, JAMES

   SPEAKING: UNKNOWN

   RACE: W  SEX: M  AGE: 33      DOB: 1975       HT: 000       WT: 000
   CAN ID SUSPECT(S): YES                      SUSPECT(S):
   WILL TESTIFY: YES                           MISC.


**** NARRATIVE ****
   SERIAL NUMBER: 7596

ON 110208, BETWEEN 1630 AND 1635 HOURS, SP1 GLORIA RESTADIUS INTERFERED
WITH JUDICIAL PROCEEDINGS AS SHE KNOWINGLY VIOLATED HER RESTRAINING ORDER
WHICH WAS SERVED TO HER ON 100608 BY COMING TO THE RESIDENCE OF    L WEST
CLARENDON AVENUE WHERE V1 RESIDES.

ON 110208, AT 1650 HOURS, I ARRIVED AT       WEST CLARENDON AVENUE AND WAS
MET BY V1 SCOTT WHO STATED THE FOLLOWING:

HE SAID THAT HE WAS INSIDE HIS HOUSE WHEN HIS EX-GIRLFRIEND SP1 GLORIA
RESTADIUS WALKED IN THE HOUSE.  HE SAID HE DIDN'T SAY ANYTHING TO HER
BECAUSE HE DID NOT WANT ANY CONFRONTATION AND STATED THAT SHE HAS
ASSAULTED HIM IN THE PAST.  HE SAID HE STARTED HEADING FOR THE FRONT DOOR
WHEN SHE WENT INTO THE BACK BEDROOM.  FROM THE BACK BEDROOM, SCOTT SAID
SHE WAS CARRYING A SHOE BOX AND HE SAID THE SHOE BOX CONTAINED A BUNCH OF
FOOTBALL AND BASEBALL DIFFERENT TYPE CARDS.  HE SAID THAT SHE PROCEEDED TO
THE BACK DOOR BUT IT WAS LOCKED.  HE SAID HE HEADED OUT THE FRONT DOOR TO
GO HEAD HER OFF IN THE ALLEY.  HE SAID, WHEN HE DID NOT SEE HER IN THE
ALLEY, HE CAME BACK HOME AND A WITNESS TOLD HIM, WHO IS THE ROOMMATE, SHE
WENT TO THE BACK BUT LEFT OUT THE FRONT DOOR HEADING WESTBOUND FROM THAT
LOCATION.

I TALKED TO W1 JAMES GOSS, WHO IS THE ROOMMATE, WHO SAID HE WAS LYING ON
THE COUCH WHEN HE SAW SP1 GLORIA WALK INTO THE FRONT DOOR, HEAD TOWARD THE
BEDROOM, COME OUT TOWARD THE BACK DOOR AND THEN LEAVE OUT THROUGH THE
FRONT DOOR.

V1 SCOTT SAID HE DOES DESIRE PROSECUTION AND WILL AID AND TESTIFY IF
NECESSARY.

THE RESTRAINING ORDER NUMBER IS ARIZONA 007173J AND THE CASE NUMBER IS
CC2008164971.

AT THIS TIME, I HAVE NO FURTHER INFORMATION, WITNESSES OR SUSPECTS TO THIS

2008 81882499                                        Continued.

ENCANTO JUSTICE COURT
620 W. JACKSON STE 1045
PHOENIX, AZ 85003
602-372-6300

JUSTICE COURT, MARICOPA COUNTY, ARIZONA

ADDRESS:

REQUESTS FOR REASONABLE ACCOMMODATIONS FOR
PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT
AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF ANY SCHEDULED
HEARING.

Scott Olsen

Plaintiff(s)

2211 W Clarendon Ave

Address

CASE NUMBER: CC2008 2 8 9181

Gloria Jean Restadius

Defendant(s)

Serve on:
☐ Attorney
☐ Statutory Agent          Same

Address

Address

CIVIL SUMMONS

☐ Replacement Summons

THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):

1. YOU ARE SUMMONED to appear and, answer this complaint in the court named above by
   filing a written ANSWER and paying the required fee. The court will provide an answer form.
2. You must file an answer within twenty (20) calendar days, not counting the day you were
   served.
3. If the 20th day is a Saturday, Sunday, or legal holiday, the time to answer runs until the end of
   the next working day.
4. If you are served outside of Arizona you must file an answer within thirty (30) calendar days,
   not counting the day you were served.
5. IF YOU FAIL TO ANSWER, judgment may be entered against you as requested in the
   complaint.

Date: 12-22-08

Justice of the Peace

```
** PUBLIC **        PHOENIX POLICE DEPARTMENT REPORT        ** RECORD **

  SUPPLEMENT          PAGE NUMBER:   1        DR NUMBER: 2008 82164365      1
```

REPORT DATE: 20081229   TIME: 1221

TYPE OF REPORT:  AGGRAVATED ASSAULT                         OFFENSE: 245

LOCATION: 004400 N 27TH AVENUE                 BEAT: 0911  GRID: BH22
          IN THE ALLEYWAY

DATE/TIME OF OCCURRENCE:   MON    122208   0220

REPORTING OFFICER[S]: AUDRA VANZANT               5902    UNIT: C51

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

REPORT STATUS AT PRESENT: PENDING

                 **** VICTIM INFORMATION ****

  VICTIM -01:
                   NAME: RESTADIUS, GLORIA

     SPEAKING: ENGLISH

     RACE: W  SEX: F  AGE: 43    DOB: 1965    HT: 160      WT: 510
     HAIR: BRO       EYES: BLU   SSN:

     AGGRAVATED ASSAULT HOMICIDE: OTHER CIRCUMSTANCES

     VICTIM OF:
          AGG ASSAULT - COMPLETED
          NOT APPLICABLE/UNKNOWN
     CAN ID SUSPECT(S): YES               SUSPECT(S): SP1
     WILL TESTIFY: YES                    MISC.

     VICTIM REQUESTS NOTIFICATION

                 **** WITNESS INFORMATION ****

  WITNESS -01:
                   NAME: SIMPSON, PRISCILLA

     SPEAKING: ENGLISH

     RACE: W  SEX: F  AGE: 44    DOB: 1964    HT: 507      WT: 160
     HAIR: BRO       EYES: HAZ   SSN:

     CLOTHING DESC & MISC·
     WITNESS'S       IS __   AND CAN BE CONTACTED AT LISTED HOME PHONE
     PHONE #S LISTED ARE FOR MESSAGES/

  2008 82164365     1                              Continued.
```

```
** PUBLIC **        PHOENIX POLICE DEPARTMENT REPORT        ** RECORD **

  ORIGINAL            PAGE NUMBER:   1        DR NUMBER: 2008 82164365

REPORT DATE: 20081222   TIME: 0310

 TYPE OF REPORT:  AGGRAVATED ASSAULT                    OFFENSE: 245

PROSECUTION DESIRED: YES

 LOCATION: 004400 N 27TH AVENUE                  BEAT: 0911  GRID: BH22
              IN THE ALLEYWAY

DATE/TIME OF OCCURRENCE:   MON   122208  0220

REPORTING OFFICER[S]: THOMAS MCKEE              9214    UNIT: 91K
                      TIMOTHY BUSH              7712

 PREMISES: STREET/ROADWAY/ALLEY                       OCCUPIED:

 OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)
```

**** SUSPECT INFORMATION ****

PUBLIC RECORDS
Released pursuant to
A.R.S. 39-121,Et.Seq.
To:

```
  INVESTIGATIVE LEAD-01:
                NAME: UNKNOWN,

     SPEAKING: UNKNOWN

     RACE: H  SEX: M  AGE:      DOB:        HT: 000     WT: 000
     LEVEL OF FORCE :/UNKNOWN USED FORCE CODE
```

**** VICTIM INFORMATION ****

```
  VICTIM -01:
                NAME: RESTADIUS, GLORIA GEHN

     SPEAKING: ENGLISH

     RACE: W  SEX: F  AGE: 43   DOB: 1965   HT: 510     WT: 150
     HAIR: BRO      EYES: BLU   SSN:

  AGGRAVATED ASSAULT HOMICIDE: UNKNOWN CIRCUMSTANCES

     VICTIM OF:
          AGG ASSAULT - NOT APPLICABLE/UNKNOWN
              NOT APPLICABLE/UNKNOWN
     DR. LICENSE & STATE: B121 AZ

     CLOTHING DESC & MISC:
     NO PHONE
     CAN ID SUSPECT(S): NO                 SUSPECT(S): SUSPECT
```

**** V 01 - INJURY INFORMATION ****

```
  2008 82164365                                    Continued.
```

```
** PUBLIC **        PHOENIX POLICE DEPARTMENT REPORT        ** RECORD **

SUPPLEMENT          PAGE NUMBER :   4          DR NUMBER: 2008 82164365     1
```

SUSPECT AND GLORIA ENTERED THE ALLEY WHILE PRISCILLA WAITED FOR AT THE
EDGE OF THE ALLEY.

THEY WERE GONE FOR NO MORE THAN 5 MINUTES AND THE ONLY THING PRISCILLA
COULD HEAR WAS DOGS BARKING IN THE AREA. SHE THEN OBSERVED THE HISPANIC
MALE WALKING QUICKLY FROM THE ALLEY WITHOUT GLORIA. PRISCILLA ASKED THE
MALE WHERE HER FRIEND WAS AND HE TOLD HER SHE HAD LEFT AND GONE THE OTHER
WAY. SHE SAID HE CONTINUED WALKING QUICKLY NORTHBOUND MAKING SURE TO STAY
BEHIND PARKED VEHICLES ON THE OPPOSITE SIDE OF THE STREET TOWARDS CAMPBELL
WHERE HE THEN HEADED WEST. I ASKED HER IF THE MALE WAS ACTING DIFFERENTLY
THAN WHEN SHE HAD FIRST SPOKEN TO HIM. SHE INFORMED ME HE WAS ACTING
NERVOUS NOW.

PRISCILLA THOUGHT IT WAS STRANGE THAT HER FRIEND WOULD HAVE LEFT THE OTHER
WAY SO SHE BEGAN TO WALK INTO THE ALLEY. AS SHE BEGAN TO WALK INTO THE
ALLEY SHE COULD HEAR GLORIA CRYING. WHEN SHE APPROACHED SHE FOUND GLORIA
WHO WAS COVERED IN BLOOD. SHE ASKED HER WHAT HAPPENED AND SHE KEPT
REPEATING OVER AND OVER "HE HIT ME HE HIT ME" AND "I'M HURTIN I'M HURTIN."
PRISCILLA TOLD ME THE ONLY OTHER THING GLORIA SAID TO HER WAS FOR THEM TO
BOTH AGREE THAT GLORIA ONLY WENT INTO THE ALLEY TO GO TO THE BATHROOM AND
TO SAY NOTHING ABOUT THE PROSTITUTION ACTIVITY.   PRISCILLA SAID THE REASON
SHE IS TELLING ME THE TRUTH NOW IS BECAUSE SHE BELIEVES THE SUSPECT MAY
HAVE BE SEEN ON VIDEO AT THE MOTEL 6 AND SHE BELIEVES THERE MAY BE AN
OPPORTUNITY FOR HIM TO BE CAUGHT.

PRISCILLA SAID FROM THE TIME SHE FOUND GLORIA TO THE TIME SHE BROUGHT HER
OVER TO THE CIRCLE K TO CALL 911 WAS APPROXIMATELY 10 MINUTES. SHE TOLD ME
SHE WAS YELLING FOR SOMEONE TO PLEASE CALL 911. AND BELIEVES THE SUSPECT
MAY HAVE HEARD HER.

PRISCILLA HAS NEVER SEEN THE MALE BEFORE AND HAS NOT SEEN HIM SINCE. SHE
IS WILLING TO TESTIFY. PRISCILLA DOES NOT HAVE A PERMANENT RESIDENCE AND
SO SHE PROVIDED ME WITH A MESSAGE PHONE NUMBER FOR HER PARENTS.

```
=================================================================
IN PERSON INTERVIEW WITH VICTIM GLORIA RESTADIUS
=================================================================
```

ON 011209 AT APPROXIMATELY 1310 HOURS DETECTIVE SCOTT #6158 AND I WENT TO
ST JOSEPH'S HOSPITAL IN ORDER TO CONTACT THE VICTIM, GLORIA RESTADIUS, WHO
WAS NOW ABLE TO TALK.

GLORIA HAD A TUBE IN HER THROAT HOWEVER SHE WAS ABLE TO SPEAK. GLORIA
WANTED TO FIRST MAKE IT CLEAR HER BOYFRIEND, SCOTT OLSON, HAD NOTHING TO
DO WITH THIS. SHE TOLD ME SCOTT IS A "PUSSY" AND SHE COULD "TAKE HIM" IF
SHE WANTED TO. SHE TOLD ME FROM WHAT SHE RECALLED THE SUSPECT WAS A YOUNG
WHITE MALE WHO WAS CLEAN CUT WITH SHORT BROWN HAIR. SHE SAID HE WAS
APPROXIMATELY 5'10", 150 POUNDS AND WAS WEARING A SHORT SLEEVE DARK T-
SHIRT OR MUSCLE TYPE SHIRT. SHE COULD NOT EXPLAIN WHY BUT SHE SAID FOR
SOME REASON SHE BELIEVES HE MAY HAVE HAD AN UNKNOWN TYPE TATTOO ON HIS
LEFT ARM. GLORIA SAID THERE WAS SOMETHING WRONG WITH THE MALE. SHE

Continued.

```
** PUBLIC **        PHOENIX POLICE DEPARTMENT REPORT        ** RECORD **

  SUPPLEMENT        PAGE NUMBER:    5        DR NUMBER: 2008 82164365        1
```

EXPLAINED HOW SHE SENSED ANGER IN HIM FROM THE BEGINNING.

GLORIA TOLD ME SHE WAS AT SCOTT'S HOUSE AND THAT HE WAS ASLEEP. SHE AND
PRISCILLA WERE "OUT GETTIN INTO TROUBLE". I ASKED HER WHAT SHE MEANT BY
THAT AND AGAIN SHE REPEATED "GETTIN INTO TROUBLE".  SHE THEN ADMITTED THAT
SHE AND PRISCILLA WERE OUT LOOKING FOR CUSTOMERS. AT FIRST SHE SAID SHE
NEEDED THE MONEY TO BUY "CRACK" BUT LATER SAID THEY ALREADY HAD 20 DOLLARS
ON THEM AND SHE REALLY DID NOT NEED THE EXTRA MONEY. SHE SAID THE
OPPORTUNITY WAS THERE TO MAKE IT AND SO SHE DECIDED TO DO IT. GLORIA TOLD
ME THIS WAS THE FIRST TIME SHE WAS GOING TO ENGAGE EXCHANGING MONEY FOR
SEXUAL ACTS, HOWEVER LATER SHE TOLD ME SHE ONLY DOES IT WHEN SHE REALLY
NEEDS THE MONEY. WHEN I ASKED HER HOW MANY TIMES SHE HAS COMMITTED ACTS OF
PROSTITUTION SHE REPLIED SEVERAL TIMES "THAT HAS NOTHING TO DO WITH
NOTHING", AND WOULD NOT ANSWER THE QUESTION.

GLORIA TOLD ME THE MALE APPROACHED THEM AND AT FIRST IT WAS GOING TO BE
PRISCILLA BUT THEN GLORIA AGREED TO AN EXCHANGE OF TEN DOLLARS WITH THE
MALE. I ASKED GLORIA IF IT WAS FOR INTERCOURSE OR FOR ORAL SEX HOWEVER SHE
EVADED THE QUESTION AND STATED SHE JUST NEEDED THE MONEY.

GLORIA SAID THEY WALKED TO THE ALLEY AND AT THE TIME SHE THOUGHT PRISCILLA
WENT INTO THE ALLEY WITH THEM AND WAS GOING TO BE THERE WITH HER. ONCE IN
THE ALLEY SHE SAW THAT PRISCILLA WAS NOWHERE TO BE SEEN AND SHE GOT A BAD
FEELING ABOUT THE MALE SO SHE CHANGED HER MIND. SHE TOLD THE MALE TO
FORGET IT AND TURNED TO WALK AWAY. THE MALE WAS RIGHT BEHIND HER AND KEPT
SAYING "NO HOLD ON, HOLD ON". GLORIA TURNED TO FACE HIM TO TELL HIM AGAIN
TO FORGET IT AND "THAT'S ALL SHE WROTE". GLORIA REPEATED THIS PHRASE TO ME
SEVERAL TIMES AND WHEN I ASKED HER FOR SPECIFICS SHE COULD NOT RECALL. SHE
DID NOT KNOW IF HE USED HIS FISTS OR A WEAPON AND SHE COULD ONLY REMEMBER
HAVING PAIN IN HER FACE. SHE SAID SHE RAN OUT OF THE ALLEY YELLING FOR
HELP AND THAT IS WHEN SHE FOUND PRISCILLA.

GLORIA COULD NOT REMEMBER ALL THE DETAILS HOWEVER WHEN I ASKED HER IF SHE
WOULD BE ABLE TO IDENTIFY THE SUSPECT SHE TOLD ME SHE BELIEVED SO BECAUSE
THERE WAS SOMETHING ABOUT HIM. I ASKED HER WHAT THAT "SOMETHING" WAS
HOWEVER SHE COULD NOT ELABORATE TELLING ME IT WAS A FEELING SHE HAD ABOUT
HIM THAT MADE HER THINK SHE COULD IDENTIFY HIM.

DURING MY CONVERSATION WITH GLORIA SHE TOLD ME AT THE TIME OF THE INCIDENT
SHE WAS COMPLETELY BLIND IN HER RIGHT EYE AND PARTIALLY IN HER LEFT. SHE
SAID SHE SUSTAINED THE BLINDNESS AS A RESULT OF A PREVIOUS ASSAULT BY AN
EX OF HERS. SHE TOLD ME SHE HAS NO PERIPHERAL VISION AND DESPITE THE
PARTIAL BLINDNESS STILL BELIEVES SHE COULD IDENTIFY THE SUSPECT. SHE IS
WILLING TO TESTIFY AND DOES DESIRE PROSECUTION.

I GAVE GLORIA MY BUSINESS CARD AND ASKED THAT SHE CALL WHEN SHE OBTAINED
HER MEDICAL RECORDS.

======================================================================

ONCE WE LEFT THE HOSPITAL DETECTIVE SCOTT AND I ATTEMPTED TO LOCATE THE

```
  2008 82164365        1                                    Continued.
```

FILED

2-17-09   10:55 AM

MICHAEL K. JEANES, Clerk

By _____
              Deputy

Superior Court of Arizona/AZ007035J/0700    201 W. Jefferson    Phoenix, AZ 85003

| Gloria Restadius | Scott Olsen | Case No. |
|---|---|---|
| **Plaintiff** | **Defendant** | |
| | | FN2009-000776 |
| Birth Date: 4/6/1965 | 2211 W. Clarendon Ave | **PETITION for** |
| | Address | [X] Order of Protection |
| | Phoenix, AZ 85017 | [ ] Injunction Against Harassment |
| | City, State, ZIP Code | [ ] Workplace Injunction |

**DIRECTIONS: Please read the Plaintiff's Guide Sheet before filling out this form.**

1. Defendant/Plaintiff Relationship: [ ] Married now or in the past [X] Live together now or lived together in the past,

   [ ] Child in common [ ] One of us pregnant by the other [ ] Related (Parent, In-law, Brother, Sister or Grandparent) [ ] Dating-never lived together
   [ ] Other:

2. [ ] If checked, there is a pending action involving maternity, paternity, annulment, legal separation, dissolution, custody, parenting time or support in _____

   Case #:_____

3. Have you or the Defendant been charged or arrested for domestic violence OR requested a Protective Order?
   [ ] Yes   [X] No   [ ] Not sure

   If yes or not sure, explain:

4. I need a Court Order because:

   | Date(s) | Describe what happened |
   |---|---|
   | 08/25/2008 | I was pregnant and he kicked me in stomache |
   | 08/19/2008 | He punched me in the chest |
   | 12/22/2008 | He assualted me and broke the bones in my face i lost a eye and was hospitaled for aprox. 6 weeks case pending |

   *She just said in police report #2008 82164365 Scott Olsen had nothing to do with this*

Case No. _____

**Superior Court of Arizona/AZ007035J/0700     201 W. Jefferson     Phoenix, AZ 85003**

5.  The following persons should also be on this Order. As stated in number 4, the Defendant is a danger to them:

6.  Defendant should be ordered to stay away from these locations, at all times, even when I am not present:

    [X] Home:  2211 W. Clarendon ave, Phoenix, AZ 85017;
    [ ] Work:
    [X] School/Others:  mommas smoke shop: 27th ave and Indianschool, phoenix, AZ 85017;

7.  [ ]  If checked, because of the risk of harm, order the defendant NOT to possess firearms or ammunition.

8.  [X]  If checked, request an order for the Defendant to participate in domestic violence counseling or other counseling.

9.  Other:

**Under penalty of perjury, I swear or affirm the above statements are true to the best of my knowledge, and I request an Order / Injunction granting relief as allowed by law.**

_Gloria Redadlis_                    Attest: _L. NELSON_      _FEB 17 2009_
Plaintiff                                    Judicial Officer / Clerk / Notary        Date

SECURITY TITLE AGENCY

Recorded at the request of:
SECURITY TITLE AGENCY, INC.

When recorded, mail to:
Mr. Scott A. Olsen
2211 West Clarendon Avenue
Phoenix, AZ 85015



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2007-1014884 09/12/07 04:36 PM
11 OF 78
BROWNJ

ESCROW NO. 11-11-26554-SB

## WARRANTY DEED

For the consideration of Ten Dollars, and other valuable considerations, I or we

**Michael F. Strickland, an Unmarried Man**

do hereby convey to

**Scott A. Olsen, a Single Man**

The following described real property situated in **Maricopa** County, Arizona:

Lot 13, Block 8, Westwood Estates Plat Two, according to Book 46 of Maps, Page 31, records of Maricopa County, Arizona.

Subject to current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record, the Grantor warrants the title against all persons whomsoever.

Dated:  September 7, 2007

_____
Michael F. Strickland

*It is solely my house, no one elses*

Warranty Deed (03/04)

20071014884

STATE OF Arizona _____

COUNTY OF Maricopa _____

This foregoing instrument was acknowledged before me this 10ᵗʰ day of September, 2007, by
Michael F. Strickland _____

_____
                                                    Notary Public



OFFICIAL SEAL
CHRISTIN THORNTON
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires April 15, 2008

Warranty Deed (03/04)

South Mountain Justice Court/AZ007173J/0712     620 W. Jackson St., Suite 1044     Phoenix, AZ 85040

| Scott Olsen | Gloria Restadius | **Case No.** |
|---|---|---|
| **Plaintiff** | **Defendant** | CC2009120514 |
| Birth Date: 9/8/1959 | 2211 W Clarendon Ave <br> Address <br> Phoenix, AZ 85015 <br> City, State, ZIP Code | **PETITION for** <br> [X] Order of Protection <br> [ ] Injunction Against Harassment <br> [ ] Workplace Injunction |

**DIRECTIONS: Please read the Plaintiff's Guide Sheet before filling out this form.**

1. Defendant/Plaintiff Relationship: [ ] Married now or in the past [X] Live together now or lived together in the past,

   [ ] Child in common [ ] One of us pregnant by the other [ ] Related (Parent, In-law, Brother, Sister or Grandparent) [ ] Dating-never lived together
   [ ] Other:

2. [ ] If checked, there is a pending action involving maternity, paternity, annulment, legal separation, dissolution, custody, parenting time or support in _____.

   Case #:_____

3. Have you or the Defendant been charged or arrested for domestic violence OR requested a Protective Order?
   [ ] Yes  [X] No   [ ] Not sure

   If yes or not sure, explain:

4. I need a Court Order because:

   | Date(s) | Describe what happened |
   |---|---|
   | 2/23/2009 | She is a drug addict. Arrested for drug posession and removed from the domestec violence shelter. Falsely accused me of violence to have me thrown out of my house so she has a place to stay. Order dismissed against me. She still does drugs and and is not welcome in my house. |

Case No. CC2009120514

South Mountain Justice Court/AZ007173J/0712      620 W. Jackson St., Suite 1044      Phoenix, AZ 85040

5.  The following persons should also be on this Order. As stated in number 4, the Defendant is a danger to them:

6.  Defendant should be ordered to stay away from these locations, at all times, even when I am not present:

    [X] Home:  2211 W Clarendon Ave, Phoenix, AZ 85015;
    [ ] Work:
    [X] School/Others:  Mamas Smoke Shop: 27th Ave & Indian School Rd., Phoenix, AZ 85015;

7.  [ ] If checked, because of the risk of harm, order the defendant NOT to possess firearms or ammunition.

8.  [ ] If checked, request an order for the Defendant to participate in domestic violence counseling or other counseling.

9.  Other:

**Under penalty of perjury, I swear or affirm the above statements are true to the best of my knowledge, and I request an Order / Injunction granting relief as allowed by law.**

_Scott Olsen_
Plaintiff

Attest: _[signature]_      2, 23, 09
Judicial Officer / Clerk / Notary      Date

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2009-130133-001 DT                                              07/27/2009

Defendant enters a plea of Guilty to the following:

OFFENSE: Count 1 As Amended, Possession of Drug Paraphernalia
Class 6 Undesignated Felony
A.R.S. § 13-3401, -3408, -3408(A)(1), -3415, -3415(A), -3418, -610; 12-114.01; 13-701,
-702, -604, -707, -801, -802, -901.01(D) and 13-901.01(H)
Date of Offense: 2/4/2009
Non Dangerous - Non Repetitive

IT IS ORDERED accepting the plea.

Defendant has waived preparation of Presentence Report.

IT IS ORDERED vacating any pending dates.

Defendant waives time for sentencing, and sentencing proceeds at this time.

Filed:  Information

4:07 p.m.  Matter concludes.

Michael K. Jeanes, Clerk of Court
*** Filed ***
OCT 2 1 2009 8:00AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2009-130133-001 DT                                    10/15/2009


COMMISSIONER PAMELA D. SVOBODA          CLERK OF THE COURT
FOR COMMISSIONER KEELAN BODOW                  L. Stroud
                                                Deputy



STATE OF ARIZONA                        HEATHER LEE KIRKA

v.

GLORIA JEAN RESTADIUS (001)             CHRISTINA WALKER
DOB: 04/06/1965
                                        APO-SENTENCINGS-CCC
                                        APPEALS-CCC
                                        DISPOSITION CLERK-CSC
                                        RFR



DISPOSITION HEARING - PROBATION REINSTATED

     10:15 a.m.

     Courtroom ECB-011

     State's Attorney:        Konnie Young for Heather Kirka
     Defendant's Attorney:    Christina Walker
     Defendant:               Present

     A record of the proceedings is made by audio and/or videotape in lieu of a court reporter.

     The Court finds Defendant has violated the conditions of probation previously imposed.

     IT IS ORDERED suspending imposition of sentence and, under the supervision of the
Adult Probation Department (APD), continuing the defendant on probation:

     Count 1: With a revised expiration date of 01/01/2011.

     Length of Probation: 18 months

Docket Code 114                    Form R114-04                         Page 1

```
City of Phoenix Court Management System              02/18/15 08:46AM
RPT52427 Defendant Pending/Concluded Information              Page #  1


K w o
OLSEN, SCOTT ALLAN                          # 2791427   DOB 09/08/59

Sex M   Wt 175   Ht 604   Eyes GRN   Hair BRO   Origin W   Lang
Total Due      Warrants   VT Defaults   Boot & Tow   Drivers License      User ID
$0.00      $      0.00 $          $0.00     AZ D01894647       RECORDS
Comments:


------------------------------------------------------------------------------
CONCLUDED CASES
K V C w o E
Case: 3957663   CR  Hearing: MHRG Thu 04/05/12 08:30AM  Ctrm: 704      Loc: RECC
    Charge      Viol           Viol Date Stat Find AOC  Conc Dt SA Drug Acc
1390262001    13-1203A1 ASSAULT      02/23/09 CNSA  G   6000 04/05/12
K w o
Case: 3872945   CR  Hearing: NSA  Mon 09/08/08 11:15AM  Ctrm: J1       Loc: RECC
    Charge      Viol           Viol Date Stat Find AOC  Conc Dt SA Drug Acc
1376595301    13-1602A1 CRIM DAM     09/07/08 CONC  D   4300 09/08/08
1376595302    13-1602A1 CRIM DAM     09/07/08 CONC  D   4300 09/08/08

K V C w o E
Case: 3736213   CR  Hearing: MHRG Tue 11/04/14 08:30AM  Ctrm: 705      Loc: RECC
    Charge      Viol           Viol Date Stat Find AOC  Conc Dt SA Drug Acc
1371734801    13-1602A1 CRIM DAM     11/24/07 CNSA  G   6000 11/04/14
1371734802    13-2904A1 DISORDLY     11/24/07 CNSA  G   1100 11/04/14



    EXPLANATION OF CODES:
       Stat  CONC  CONCLUDED
             CNSA  CONCLUDED - Judgment Set Aside

       Find  G     Guilty By Plea
             D     Dismiss Without Prejudice

                      ***END OF REPORT***
```

7 foot brown leather couch w/matching chair & ottoman
Lay-Z-Boy recliner
8 foot tall 6 foot wide 3 piece solid oak entertainment center
Pair of "large" Advent cherry wood speakers
Pair of "smaller" Dynaco walnut speakers
45" Sony color TV
Sony home theater sound system w/5 speakers
JVC DVD/VCR player/recorder with numerous movies/tapes
JVC dual cassette deck
Playstation 2 with 20 games
1 foot tall solid blackwood Buddha from Japan
2 pair prescription eyeglasses, one polarized
All vehicle titles and keys
4 college diplomas
$1,156 diamond wedding ring set — *have receipt*
$25,000 1960s football cards w/police report #81882499
Kitchen refridgerator
Dorm sized refridgerator
1 oven
1 water heater
2 room air conditioners
4 dressers
1 computer w/PCU, monitor and keyboards including software and games
1 kitchen table w/white top and 4 matching chairs
Microwave oven
1 Pair solid oak 'built-in' kitchen cabinets, top & bottom
1 brand new H-D leather jacket
20" new Honda lawnmower

*Items taken from my home by Miss Restadius*

Air compressor
Drill press
Char-broil BBQ
Craftsmen table saw & jig saws
2 Craftsman radial arm saws
18 volt DeWalt cordless drill
2 piece 13 drawer 6 foot tall set of NAPA brand stack-on $3,000 tool boxes
2 piece 4 foot tall Craftsman brand stack-on style tool boxes
Complete set of tools...

3 micrometers, 0-1", 1-2", 2-3"
Dial guage indicator
Fluke multimeter
6, 8, 10 & 12" crescent wrenches
8 piece set Snap On screwdrivers (orange handled)
Snap On ratcheting screwdriver (also orange)
5 piece Snap On left handed drill bits
8-17 mm Snap On wrenches
Complete Craftsman screwdriver set, standard & philips
Complete set socket wrenches, 1/4", 3/8" &1/2"
Craftsman torque wrench
Complete set Craftsman sockets,  1/4", 3/8" & 1/2"
             4-24mm, 1/8" - 1 1/4" both standard and metric
Complete set Craftsman wrenches 6mm-19mm, 1/4"-1 1/4"
Set of distributor wrenches
Numerous pliers including vice grip, channel lock, needle nose cable cutters
Craftsman complete tap & die set
Paint gun
Sand blasting box
Leatherman utility knife
Set of ratcheting gear wrenches
Bicycle tools including...

Park brand wheel truing stand
Park brand wheel dishing tool
Park brand bicycle stand
Complete set spoke wrenches, green, red & black
Crank arm pullers
Freewheel pullers

Stolen tools

Date: 04/23/07  SalesSlip # 14071  Type: Charge   *Kays Jewelers*
Customer Name: OLSEN, SC

```
                 04/23/2007 15:38
                 0244-1-8811-014071
Cust Name: SC OLSEN
TV       N           PURCHASES/RETURNS
  Dpt Sku      Dsc      Retail      Sold
1 001 6420196  ADV      1149.00    639.99
GUARANTEE #2325-5144
 14YG BRIDAL SET
SLSPRSN 360747
1 800 6420196            0.00       74.99
 ESP     639.99
 ESP SP 360747
1 001 6420208  ADV       550.00    310.99
GUARANTEE #2325-5151
 14YG BRIDAL SET
SLSPRSN 360747
1 800 6420208            0.00       54.99
 ESP     310.99
 ESP SP 360747
                      SUBTOT       1080.96
        SALES TAX  7.0000           75.67
            TOTAL                  1156.63
  PPP=N  TOTAL DOWN PAYMENT          0.00
# ******2968 REG  CREDIT PLAN      1156.63
    CREDIT AUTHORIZATION AA002730
SLSPRSN 360747
```

*Stolen ringset*

**Kawasaki Motors Corp., U.S.A.**

P.O. Box 25252, Santa Ana, California 92799-5252

# ZR1200-A1 IMPROPER DRIVE CHAIN SLACK ADJUSTMENT

## FACTORY   DIRECTED   MODIFICATION

THIS NOTICE APPLIES TO YOUR VEHICLE    –   VIN: JKAZR9A181A001332

SCOTT OLSEN
4038 E MCDOWELL RD APT 253
PHOENIX, AZ 85008-4476

ZR1200A1L    MC01-05
ENGINE: ZRT20AE001448
FRAME : 0001332
DATE  : JANUARY 2016

Dear Kawasaki Motorcycle Owner:

This letter is sent to notify you that on eligible ZRX1200R models, the drive chain slack specification was too loose. As delivered, the chain could brush against the engine sprocket guard causing chain noise. Our records indicate that you have bought one of these units.

Kawasaki has corrected the chain slack specification and initiated a Factory Directed Modification campaign to repair all affected units. The repair consists of three steps: 1) Inspection and adjustment of drive chain slack, 2) Replacement of the Owner's Manual, and 3) Installing the correct Drive Chain Information Label. If you have purchased a Service Manual for this model, it must also be updated with the correct information.

This repair will be made by an authorized Kawasaki motorcycle dealer at no charge. Please call your Kawasaki dealer to schedule an appointment. Take this letter, your Owner's Manual, and Service Manual if purchased, with you at that the time of your appointment.

We are sorry for any inconvenience, but we have taken this action in your best interest and continued satisfaction with your Kawasaki ZRX1200. Please contact your dealer if you have any questions.

Sincerely,

KAWASAKI MOTORS CORP., U.S.A.

*All my motorcycles are gone including this one I bought brand new off the showroom floor.*

L0126

DEPT 618     5896987916116
PO BOX 4115
CONCORD CA  94524

ADDRESS SERVICE REQUESTED

#BWNFTZF #AFV5896987916116#

SCOTT OLSEN
4038 E MCDOWELL RD APT 253
PHOENIX AZ 85008-4476

| PRINCIPAL BAL. | INTEREST |
|---|---|
| ACCOUNT NO. 1020281370 | $4,926.71 | $1,035.75 |
| PENALTY CHARGES | *FEES & COSTS | CURRENT BALANCE |
| $0.00 | $1,451.26 | $7,413.72 |

November 11, 2016
**DO NOT SEND CASH.**
MAKE CHECKS PAYABLE TO: U.S. DEPARTMENT OF EDUCATION.
SHOW YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK.
RETURN THIS PORTION WITH YOUR PAYMENT.  NOTE
NAME/ADDRESS/PHONE NO. CHANGES ON BACK

| AMOUNT PAID |
|---|

SEND PAYMENT TO:

National Payment Center
US Department of Education
PO BOX 105028
ATLANTA GA  30348-5028

4  410202813708  0000001234  00000603          4  410202813708  0001011900  07413724

---

**▲ DETACH AND KEEP THIS PORTION FOR YOUR RECORDS ▲**

November 11, 2016
Original Creditor:   BANK ONE EDUCATION FINANCE GROUP
Collector Name:   Nichole Liddell
Collector Phone:   888-253-4239
AFS Acct#:   1020281370

Dear SCOTT OLSEN,

This letter is to notify you that Action Financial Services, LLC (AFS) has commenced collection efforts regarding your debt referred to us by the U.S. Department of Education.

Due to your failure to honor your obligation, the entire unpaid balance of your loan is due and payable.
We have been authorized to accept a reduced payment should you have the ability to settle the debt with a one-time payment, or we can assist you in establishing a possible repayment program on your debt.  To discuss resolution, you should telephone your AFS account representative at 888-253-4239 to discuss your options.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

As of the date of this letter, you owe the balance reflected.  Because interest and other charges (if applicable) may vary from day to day, if you pay the amount shown above, an adjustment may be necessary after we receive your check.  If this occurs, we will inform you.   For further information on your balance, write to AFS or call the toll-free number provided above.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.



*I still owe $7,413.72 on my Motorcycle Mechanics Institute school loan and am a certified restaurant manager unable to find work due to my criminal history*

Original Creditor:
BANK ONE EDUCATION FINA

**SEE THE REVERSE SIDE FOR IMPORTANT INFORMATION.**
*P.O. Box 3250, Central Point, OR 97502*
*Main Line:  888-253-4239*

AFV58A-1109-797263828-06232-3182