# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Allan Olsen,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>　　　　Defendant. | **NO. CV-16-04437-PHX-JJT (BSB)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 28, 2017, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed.  Pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rules of Appellate Procedure 24(a)(3)(A),  any appeal of this decision would not be taken in good faith.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 28, 2017

　　　　　　　　　　　　　　　　　　s/ Kenneth G. Miller
　　　　　　　　　　　　　　　By　 Deputy Clerk